# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Omran Holding Group | ) | ASBCA Nos. 60917, 60918, 60919 |
| | ) | 60920, 60921, 60922 |
| | ) | 60923 |
| | ) | |
| Under Contract No. W912ER-12-C-0044 | ) | |

APPEARANCES FOR THE APPELLANT:    Dirk Haire, Esq.
    Alexa Santora, Esq.
     Fox Rothschild LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
     Engineer Chief Trial Attorney
    James D. Stephens, Esq.
    Aimee L. Rider, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Middle East
     Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 4 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60917, 60918, 60919, 60920, 60921, 60922, 60923, Appeals of Omran Holding Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals